<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-4143**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AUDWIN L. DAVIS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-97-331)

───────────

Submitted: September 6, 2001        Decided: September 18, 2001

───────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James M. Nachman, NACHMAN & KAUFMAN, L.L.P., Richmond, Virginia, for Appellant. Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Audwin L. Davis appeals the district court's revocation of supervised release imposed pursuant to a conviction for possession of a firearm by a controlled substance abuser. Davis's attorney has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), stating that there are no meritorious issues for appeal. On Davis's behalf, counsel contends that the district court abused its discretion in finding Davis in violation of his supervised release and in imposing a twelve-month period of active incarceration. Davis has filed a pro se supplemental brief also claiming that the district court abused its discretion.

We have reviewed the claims and find no abuse of discretion. See United States v. Davis, 53 F.3d 638, 642-43 (4th Cir. 1995). In addition, we have examined the entire record in this case in accordance with the requirements of Anders and find no meritorious issues for appeal. We therefore affirm.

This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. Finally, we dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>